JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL E. PLACENCIA,<br>Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>Defendant. | Case No. CV 25-7999 FMO (SSCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 30th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge